JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JORGE ANTONIO PEREZ, | ) | NO. ED CV 20-10449-GW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| GAVIN NEWSOM, ET AL., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 2, 2021.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE